UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

TABATHA FOSTER,

                                    Plaintiff,

                    -against-                                    No. 1:22-cv-02934-LDH-LB

                                                                 **DECLARATION OF**
NEW YORK DAILY NEWS, THOMAS TRACY,                               **MATTHEW A. LEISH IN**
LARRY McSHANE, JOHN ANNESE, LEONARD                              **SUPPORT OF MOTION TO**
GREENE, and JOHN MARZULLI,                                       **DISMISS**

                                    Defendants.

MATTHEW A. LEISH declares pursuant to 28 U.S.C. §1746 as follows:

     1.     I am a partner with the firm of Miller Korzenik Sommers Rayman LLP, counsel

for Defendants in this action.  I make this Declaration on personal knowledge for the purpose of

submitting certain judicial documents in support of Defendants' Motion to Dismiss.

     2.     Annexed hereto as Exhibit 1 is a true and correct copy of the operative (Second)

Amended Complaint in this action.

     3.     Annexed hereto as Exhibit 2 is a true and correct copy of the Complaint in Foster

v. City of New York et al., No. 1:16-CV-06859-AMD-RER (E.D.N.Y. 2016).

     4.     Annexed hereto as Exhibit 3 is a true and correct copy of excerpts from the March

8, 2018 deposition of Plaintiff Tabatha Foster in Foster v. City of New York, as subsequently

filed at docket number 55 in her separate action in New York state court, Foster v. City of New

York, Index No. 157448/2019 (Sup. Ct. N.Y. Co.).

     5.     Annexed hereto as Exhibit 4 is a true and correct copy of Exhibit Q to the March

8, 2018 deposition of Plaintiff Tabatha Foster as subsequently filed at docket number 55-19 in

the federal court action Foster v. City of New York (E.D.N.Y.)

I declare under penalty of perjury that the foregoing is true and correct.


Executed on April 6, 2023.

_____
MATTHEW A. LEISH